RICHARD M. HOE, TRACY DOWS, THATCHER T. P. LUQUER, JAMES L.
MITCHELL, UNITED STATES TRUST COMPANY OF NEW YORK,
EXECUTORS OF THE LAST WILL AND TESTAMENT OF
ALEXANDER ECTOR ORR, DECEASED,

*v.*

STATE OF ILLINOIS.

*Opinion filed May 12, 1917.*

INHERITANCE TAX—*refund of—when.* Where a final order is entered on
an appeal from the order of the County Judge fixing the amount of in-
heritance tax due from an estate, reducing the amount of tax found due,
a refund of the excess amount so paid will be refunded.

Short, Davis & Rust, for Claimants.

Edward J. Brundage, Attorney General, for State.

Claimants are the executors of the last will and testament of
Alexander Ector Orr, deceased, who departed this life June 3, 1914,
a resident of Brooklyn, Kings County, New York.

The decedent at the time of his death owned certain property
within the State of Illinois that was liable for inheritance tax assess-
ment by the State.

On or about December 15, 1914, claimants applied for a transfer
of the various stock owned by the decedent, but before consent was
given by the Attorney General of the State of Illinois, it was agreed
that claimants should deposit with the Peoples Trust & Savings Bank
of Chicago, the sum of four thousand two hundred fifty and 00/100
($4,250.00) dollars, to guarantee the payment of such inheritance tax
as might be levied.

On December 11, 1914, the County Judge entered an order fixing
the amount of the tax to be assessed against the estate at $3,395.34.

The Peoples Trust and Savings Bank at the request of the At-
torney General, mailed a check to the County Treasurer of Cook County
for $3,514.19, being the amount of said inheritance tax as levied, to-
gether with interest thereon from June 3, 1914, the date of decedent's
death.

Claimant appealed from the order of the County Judge to the
County Court and upon a hearing the County Court entered its final
judgment in said cause, fixing the amount of inheritance tax required
to be paid at $2,096.59. This amount with interest thereon from
June 3, 1914, to June 4, 1915, the date when the first tax assessed
was paid to the County Treasurer, amounts to $2,170.34.

The difference between $3,514.18, the amount paid by claimants
and $2,170.34, the amount they should have paid in accordance with
the final order of the County Court is $1,343.84.

Claimants have pursued the necessary steps required by law to
secure a refund of the amount due them in this matter, and it is there-
fore the judgment of this Court that they be awarded one thousand
three hundred forty-three and 84/100 ($1,343.84) dollars.